FILED
CLERK, U.S. DISTRICT COURT

JUN 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | MJ 12-1273 |
| v. | |
| Mariam Salleo | DECLARATION RE PASSPORT |
| DEFENDANT. | |

I, ____Mariam Salau____ (Defendant), declare that

☐   I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

☐   I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

☐   My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __13__ day of __June__, 20__12__
at __L.A. Calif__
      (City and state)

_____
Signature of Defendant