UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES -- GENERAL**

Case No.   **CR-12-592-R**                                    Date: July 23, 2012

=================================================================
**PRESENT:   HONORABLE MANUEL L. REAL, JUDGE**

| Kane Tien | Sheri Kleeger | Daffodil Tyminski |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

=================================================================

| U.S.A. vs (Dft listed below) | Attorney for Defendant |
|---|---|
| 1)   MIRIAM SALAU<br>    X present   X bond | 1)   Jerome Kaplan<br>    X present   X retained |

_____

**PROCEEDINGS:   CHANGE OF PLEA**

Waiver of Indictment has previously been signed and filed.

Defendant states her desire to change her plea to guilty to the single-count Information.

Court and counsel confer re: the change of plea.

Defendant is sworn. The Court questions the defendant regarding the offered plea of Guilty. Defendant now enters a new and different plea of Guilty to the single-count Information.

The Court finds a factual and legal basis for the pleas; waivers of constitutional rights are freely, voluntarily and intelligently made. The pleas are accepted and entered.

**THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO OCTOBER 22, 2012 AT 1:30 P.M. FOR SENTENCING.**

The Plea Agreement is made a part of this record.

                                                                                    12 min

MINUTES FORM 6                                          Initials of Deputy Clerk ___KTI___
CRIM -- GEN