```
 1  ANDRÉ BIROTTE, JR.
    United States Attorney
 2  ROBERT DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    DAFFODIL TYMINSKI (California State Bar No. 243680)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0917
 7       Facsimile: (213) 894-0141
         Email:     daffodil.tyminski@usdoj.gov
 8
 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 12-0592-R |
|---|---|
| Plaintiff, | ) NOTICE OF APPEARANCE |
| v. | ) |
| MARIAN SALAU, et al., | ) |
| Defendants. | ) |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the above-captioned case has been assigned to:

```
            Daffodil Tyminski
            Assistant U.S. Attorney
            General Crimes Section
            1200 Courthouse
            312 North Spring Street
            Los Angeles, California 90012
            Telephone:  (213) 894-0917
            Facsimile:  (213) 894-0141
            E-mail: Daffodil.Tyminski@usdoj.gov
```

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: July 30, 2012                Respectfully submitted,

                ANDRÉ BIROTTE, JR.
                United States Attorney

                ROBERT DUGDALE
                Assistant United States Attorney
                Chief, Criminal Division

                    /s/
                DAFFODIL TYMINKSI
                Assistant United States Attorney

                Attorneys for Respondent
                UNITED STATES OF AMERICA